Argued November 30, affirmed in part, reversed in part December 11, 1978

STATE OF OREGON, *Respondent,*
*v.*
TIMOTHY WATTS, *Appellant.*
(No. C 78-01-01303, CA 11226)

587 P2d 519

David Groom, Salem, argued the cause for appellant. With him on the brief were Gary D. Babcock, Public Defender, and Marianne Oswald, Deputy Public Defender, Salem.

Melinda L. Bruce, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

## PER CURIAM.

■ Defendant was separately convicted and sentenced for the offenses of robbery in the first degree and assault in the first degree. Both offenses were based on the same act — the use of a firearm in attempting to commit theft. Pursuant to *State v. Steele,* 33 Or App 491, 577 P2d 524 (1978), the trial court should have entered only one conviction and sentence, for robbery.

■ The state argues that since the defendant did not raise the issue below, we should not consider it on appeal, citing several cases of the Oregon Supreme Court and this court in which we have so determined.[1] The distinction is that in those cases the rule was established. Here the dispositive opinion. *State v. Steele, supra,* had not been published at the time the trial court entered its judgment.

The judgment order is affirmed except for the conviction and sentence for assault, which is reversed.

Affirmed in part; reversed in part.

---

[1] The state does not dispute the defendant's contention on the merits.